GREAT AMERICAN INDEMNITY COMPANY, Respondent, v. LAPP INSULATOR COMPANY, INC., Appellant and Third-Party Plaintiff-Respondent. SEYLER MANUFACTURING COMPANY, Third-Party Defendant-Appellant.

UTAH HOME FIRE INSURANCE COMPANY, Respondent, v. LAPP INSULATOR COMPANY, INC., Appellant and Third-Party Plaintiff-Respondent. SEYLER MANUFACTURING COMPANY, Third-Party Defendant-Appellant.

Submitted February 23, 1954; decided March 11, 1954.

*William H. Morris* and *Stephen V. Lines* for motions. *Charles J. O'Brien* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the judgment does not finally determine the action within the meaning of the Constitution.